# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RICE,<br><br>                                     Plaintiff,<br>  vs.<br>UNITED STATES OF AMERICA, et al.,<br>                                   Defendant. | CASE NO. 06cv1860-W (WMc)<br><br>ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE |

     The Court has been notified by counsel of record that a settlement has been reached in the above captioned case. Therefore, the Court issues the following Order:

     -A telephonic Settlement Disposition Conference will be held ***November 16, 2007***, at ***9:15 a.m.*** in the chambers of Magistrate Judge William McCurine, Jr. unless a signed joint motion for dismissal of this case is filed and **a copy of the joint motion is provided to the chambers of Magistrate Judge McCurine, Jr. prior to that time**. **Monetary sanctions shall be imposed for failure to comply with this order**. *COUNSEL FOR DEFENDANT IS INSTRUCTED TO INITIATE THE CALL.*

     IT IS SO ORDERED.

DATED: September 28, 2007

                                                                Hon. William McCurine, Jr.
                                                                 U.S. Magistrate Judge
                                                                 United States District Court

1  cc: Honorable Thomas Whelan
       U.S. District Judge

2  All Counsel and Parties of Record