FILED

07 NOV -1 PM 12:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  CP  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RICE,<br><br>　　　　　　　Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>　　　　　　　Defendant. | CASE NO. 06-CV-1860 W (WMC)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE [DOC. NO. 18] |

On October 10, 2007, the parties filed a joint motion to dismiss the defendant and the case with prejudice. Good cause appearing, the Court grants the motion [Doc. No. 18]. The case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 31, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Southern District of California